IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AARON JEROME HEIDELBERG, 140165 | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-0256-CG-N |
| CITY OF MOBILE POLICE DEPT., et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 16th day of August, 2011.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE