# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| AARON JEROME HEIDELBERG, 140165, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-0256-CG-N |
| CITY OF MOBILE POLICE DEPT., et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 16th day of August, 2011.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE